UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WILLIE LEE HUNTER                                                                                    PLAINTIFF

VERSUS                                                                    CIVIL ACTION NO. 1:05CV25-RHW

MIKE BYRD, et al                                                                                  DEFENDANTS

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a)(1), and consistent with the Court's memorandum opinion and order granting Defendants' Motions for Summary Judgment, the Court enters this separate judgment dismissing Plaintiff's complaint.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's lawsuit is hereby dismissed.

SO ORDERED, this the 3rd day of May, 2007.

                                                        s/ *Robert H. Walker*
                                                    UNITED STATES MAGISTRATE JUDGE